**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-1402

BRENDA COLEMAN GILLIS,

Debtor - Appellant,

v.

SUZANNE WADE, Trustee,

Trustee - Appellee,

and

BRANDON JORDAN; ROBERT MCINTOSH; JEFFREY TARKENTON,

Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (3:20-cv-00135-JAG)

Submitted: August 25, 2020                    Decided: September 9, 2020

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brenda Coleman Gillis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda Coleman Gillis appeals the district court's order dismissing her appeal from the bankruptcy court for failure to pay the filing fee as required by Fed. R. Bankr. P. 8003(a)(3)(C). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gillis v. Wade*, No. 3:20-cv-00135-JAG (E.D. Va. Mar. 26, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*